# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

TIFINEY CLAYTON                                                                     PLAINTIFF

vs.                                                    CAUSE NO. 3:17-CV-109-GHD-RP

CHARLES FILLMORE                                                                 DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, the Court is advised that the plaintiff, Tifiney Clayton, and the defendant, Charles Fillmore, through Fillmore's insurer, have compromised and settled this case. For that reason, any and all claims by or on behalf of Tifiney Clayton in this action against the defendant, Charles Fillmore, are hereby dismissed with prejudice with each party to bear their own attorney's fees and costs.

SO ORDERED, this the 16th day of August, 2018.

_____
U.S. DISTRICT COURT JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

/s/ Brian L. Starling
MSBN: 102878
Attorney for Plaintiff

/s/ Christopher J. Latimer
MSBN: 101549
Attorney for Defendant

1086706_1